UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



**RENODE COLLINS (#313898)**

**VERSUS**

**WARDEN RICHARD L. STALDER, ET AL.**

CIVIL ACTION

NO. 05-1332-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 35) of United States Magistrate Christine Noland dated January 9, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for a default judgment (doc. 21) is hereby DENIED, and the defendants' motion to set aside entry of default, as amended (doc. 23 and 32) is hereby GRANTED, setting aside the default entered herein on December 17, 2007.

This matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, February 6, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA