UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE COLLINS (#313898)

VERSUS                                        CIVIL ACTION NO.: 06-163-JVP-CN

RICHARD L. STALDER, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 9, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's Motion for Summary Judgment (doc. 34) is hereby **GRANTED**, dismissing the plaintiff's claims for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, and this action shall be **DISMISSED**.

Baton Rouge, Louisiana, May 2, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA