UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| RENODE COLLINS (#313898) | CIVIL ACTION |
|---|---|
| VERSUS | |
| RICHARD L. STALDER, ET AL | NO. 06-163-RET |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 15, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Motion to Substitute, rec.doc.no. 100, is denied and the plaintiff's claims asserted against the deceased defendant, Curly Alfred, will be dismissed.

Baton Rouge, Louisiana, May 9th, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA